| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:01CR0219 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 06-276 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | South Carolina | Columbia |
| Charles Elton Mullins, Sr.<br>3075 Rochester Road<br>Memphis, TN 38109 | NAME OF SENTENCING JUDGE | |
| | Bristow Marchant, United States Magistrate Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 20, 2002 | TO<br>March 19, 2007 |

OFFENSE

Failure to Pay Child Support

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 3, 2005

Date

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 12, 2006

Effective Date

S/Diane K. Vescovo

United States Magistrate Judge

(Form Revised in WP80 by D/SC - 9/97)